# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**FORNETHA JUDGE,**

**Plaintiff,**

-vs- **Case No. 6:10-cv-80-Orl-18GJK**

**LELAND ENTERPRISES, INC., and AFFORDABLE CITRUS GLEN APARTMENTS,**

**Defendants.**

---

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT (Doc. No. 2)** |
| **FILED:** | **January 14, 2010** |

**THEREON** it is **RECOMMENDED** that the motion be **DENIED** without prejudice, Plaintiff be directed to file an amended complaint within twenty-one (21) days, and Plaintiff should be permitted to renew the motion when she files an amended complaint.

Moot
Case is dismissed by
T
3 May 10

G. KENDALL SHARP
U.S. DISTRICT JUDGE